IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EMCASCO INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-20-349-D |
| ) | |
| WATONGA INDUSTRIAL, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER REGARDING JOINT MOTION TO STAY

This matter comes before the Court on the parties' Joint Motion to Stay All Unexpired Scheduling Order Deadlines [Doc. No. 68]. Upon consideration, the Court finds that the Motion should be **GRANTED** as set forth herein.

**IT IS THEREFORE ORDERED** that all unexpired deadlines for filing trial submissions (designations of deposition testimony, motions in limine, requested voir dire, trial briefs, requested jury instructions, and the Final Pretrial Report) are stayed and shall become due, if necessary, 30 days after the Court issues its ruling on Plaintiff's Motion for Summary Judgment [Doc. No. 46]. Unless otherwise ordered, all other provisions of the original Scheduling Order [Doc. No. 21] remain in effect.

**IT IS SO ORDERED** this 21st day of October, 2021.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge