# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **EMCASCO INSURANCE COMPANY,** | ) |
| **PLAINTIFF,** | ) |
| vs. | ) **CASE NO: 5:20-CV-349 D** |
| **WATONGA INDUSTRIAL, LLC,** | ) |
| **DEFENDANT.** | ) |

## JOINT STIPULATION OF DISMISSAL

**TO THE HONORABLE U.S. DISTRICT JUDGE:**

COME NOW Plaintiff/Counter-Defendant Emcasco Insurance Company and Defendant/Counter-Plaintiff Watonga Industrial, LLC and state that all matters in controversy between the parties in the above-entitled lawsuit have been resolved, and that the parties no longer wish to prosecute their claims in this lawsuit. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby jointly file this stipulation of dismissal with prejudice, which is signed by all parties that have appeared and remain in the lawsuit. Plaintiff/Counter-Defendant and Defendant/Counter-Plaintiff request that the Court enter a Stipulated Order of Dismissal (attached hereto as Exhibit "A" and filed separately for signature by the Court, as well) dismissing all claims and causes of action of both parties with prejudice and without costs to either party.

Dated this ____ day of February, 2023.

Respectfully submitted,

Gregg R. Brown, Texas Bar No. 03129010
Kelli Smith, Texas Bar No. 24008053
**GERMER BEAMAN & BROWN PLLC**
One Barton Skyway
1501 S. Mopac Expy., Suite A400
Austin, Texas 78746
T: 512/472-0288 **F: 512-472-9260
Email: grb-svc@germer-austin.com
ksmith@germer.com

Grant A. Fitz, OBA #19806
**RICHARDS & CONNOR**
12th Floor, ParkCentre Bldg.
525 S. Main St.
Tulsa, Oklahoma 74103
T: 918/585.2394 ** F: 918/585.1449
Email: prichards@richardsconnor.com
gfitz@richardsconnor.com

**ATTORNEYS FOR PLAINTIFF/ COUNTER-DEFENDANT EMCASCO INSURANCE COMPANY**

Mark A. Engel, OBA #10796
Adam Engel, OBA #32804
**MANSELL & ENGEL**
204 North Robinson Avenue, 21st Floor
Oklahoma City, OK 73102
T: 405/232-4100 ** F: 405/232-4140
Email: mengel@meclaw.net
smansell@meclaw.net
zhousel@meclaw.net

**ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF WATONGA INDUSTRIAL, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mark A. Engel, Esq. – mengel@meclaw.net
Steven S. Mansell, Esq. – smansell@meclaw.net
Zachary K. Housel, Esq. – zhousel@meclaw.net
M. Adam Engel, Esq. – aengel@meclaw.net

Gregg R. Brown