# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EMCASCO INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-20-349- D |
| ) | |
| WATONGA INDUSTRIAL, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), the parties' Joint Stipulation of Dismissal [Doc. No. 137] operates as a voluntary dismissal with prejudice of all claims of Plaintiff EMCASCO Insurance Company and all counterclaims of Defendant Watonga Industrial, LLC upon the date of filing. This action is therefore **DISMISSED WITH PREJUDICE**, each party bearing its own costs. This Order disposes of all parties and claims.

**IT IS SO ORDERED** this 21st day of February, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge